IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| VICKIE DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 6832 |
| | ) | |
| CITY OF CHICAGO, Chicago Police | ) | Judge William J. Hibbler |
| Officers, PATRICK M. DARLING, Star | ) | |
| # 7134, SGT. D. M. SEPULVEDA, Star | ) | |
| # 1610, SGT. MICHAEL E. NUNEZ, | ) | |
| Star # 2056, ROBERT BICKHAM, Star | ) | |
| # 19823, M. J. GALLAGHER, Star # | ) | |
| 12713, S. K. DEDORE, Star # 254, | ) | |
| T. M. COLVIN, Star # 7628, and Unknown | ) | |
| Chicago Police Officers, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S EXHIBIT LIST

A: Vickie Daniels' criminal history sheet

B: Walter Signorelli affidavit, report and CV

C: Deposition of Commander James O'Grady

D: Special Order 98-1

E: Deposition of Jennifer Callahan

F: Vice case report

G: Report of Proceedings, July 30, 2008

H: Illinois State Police laboratory report

I: Docket sheet of Daniels' criminal case

        Respectfully submitted,


        /s/ Elizabeth Wang


Arthur Loevy
Mike Kanovitz
Jon Loevy
Elizabeth Wang
LOEVY & LOEVY
312 N. May St., Ste. 100
Chicago, IL 60637
(312) 243-5900